UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRANK MADDLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:18-cv-00088 |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

### ORDER

The Magistrate Judge has issued a Report and Recommendation (Doc. No. 7), to which no objection has been filed. The Report and Recommendation is **ACCEPTED**, and this case is hereby **DISMISSED WITHOUT PREJUDICE** for failure to obtain service as required by Rule 4(m) of the Federal Rules of Civil Procedure, and for failure to respond to the Order to Show Cause (Doc. No. 6) as to why this case should not be dismissed.

The Clerk of the Court shall enter Judgment in accordance with Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE